Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 17-5576-DMG (FFMx)   Title: Rebecca Castillo v. Dicks Sporting Goods, Inc.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [ X ] Jury<br>Duration Estimate: 4 days | 6-12-18<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 5-15-18<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 12-15-17 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 2-6-18 |
| Motion Cut-Off   (filing deadline) | 2-16-18 |
| Initial Expert Disclosure & Report Deadline | 3-13-18 |
| Rebuttal Expert Disclosure & Report Deadline | 4-10-18 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 4-24-18 |
| Settlement Conference Completion Date | 4-17-18 |
| Motions in Limine Filing Deadline | 4-24-18 |
| Opposition to Motion in Limine Filing Deadline | 5-1-18 |
| Joint Status Report re Settlement | 4-24-18 |
| Proposed Pretrial Conference Order | 4-24-18 |
| Contentions of Fact/Law | 4-24-18 |
| Pretrial Exhibit Stipulation | 4-24-18 |
| Joint Exhibit List | 4-24-18 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 4-24-18 |
| Agreed Statement of the Case | 4-24-18 |
| Proposed Voir Dire Questions | 4-24-18 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 4-24-18 |
| Verdict Forms | 4-24-18 |